UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SRINIVAS NAGULAPALLI,

    Plaintiff,

v.          CASE NO. 6:12-CV-1336-Orl-36KRS

STARWOOD VACATION OWNERSHIP,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on November 5, 2012 (Doc. 21). In the Report and Recommendation, the Magistrate Judge recommends that the Court grant in part and deny in part Defendant Starwood Vacation Ownership's ("Defendant") Motion to Dismiss (Doc. 10). *See* Doc. 21. Specifically, the Magistrate Judge recommends that the Court dismiss Plaintiff Srinivas Nagulapalli's ("Plaintiff") Complaint without prejudice and allow Plaintiff to file an Amended Complaint. *Id.* Neither party objected to the Report and Recommendation within the allotted time. However, on November 19, 2012, before the Court had the opportunity to rule upon the Magistrate Judge's Report and Recommendation, Plaintiff filed an Amended Complaint (Doc. 22). Accordingly, this matter is ripe for review.

    The Court is in agreement with the Magistrate Judge that on the record currently before the Court, Plaintiff's original Complaint does not contain sufficient factual allegations to survive a motion to dismiss. Doc. 21, p. 7. However, based on additional factual allegations provided subsequent to Plaintiff's Complaint and the fact that he is proceeding *pro se*, the Court agrees that

Plaintiff should be given an opportunity to file an Amended Complaint. *Id*. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant Starwood Vacation Ownership's Motion to Dismiss (Doc. 10) is **GRANTED in part** and **DENIED in part**. Plaintiff Srinivas Nagulapalli has already complied with the Court's directives to file an Amended Complaint (Doc. 22) and Motion to proceed *in forma pauperis* (Doc. 23). The Amended Complaint is accepted as filed.

**DONE AND ORDERED** at Orlando, Florida on November 27, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD